UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JODI HUGHES-RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-00359-HAB-SLC |
| | ) |
| CARAVAN FACILITIES | ) |
| MANAGEMENT, LLC, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

Before the Court is the Plaintiff's motion for an extension of time to respond to the Defendant's motion for summary judgment. (ECF No. 64). In her motion, the Plaintiff, who is proceeding *pro se*, explains that she believes she has newly discovered evidence that she would like to pursue with the EEOC and that she believes is relevant to her case. Unfortunately, the time for discovery closed on October 7, 2020. (ECF No. 52). Plaintiff has not requested nor shown cause to reopen discovery and, at this stage of the proceedings, it is unlikely such a request would be granted given the prejudice to the Defendant. *See Schmelzer v. Muncy,* 2019 WL 3842335 (S.D. Ill. Aug. 14, 2019) (refusing to reopen discovery as it would result in increased costs and burdens to the Defendant); *Hess v. Biomet, Inc.,* 2019 WL 1282032 (N.D. Ind. March 20, 2019) (refusing to permit amended pleadings where discovery has closed and summary judgment proceedings would be disrupted). Accordingly, the Court denies the Plaintiff's motion for enlargement of time on the basis set forth in her motion. However, the Court shall provide the Plaintiff an extension of time through and including March 19, 2021 to respond to the Defendant's Motion for Summary Judgment based on the current state of the record as developed during discovery. Any future extensions requested by the Plaintiff must comply with N.D. Ind. L. R. 6–1.

SO ORDERED on February 18, 2021.

                                                              s/ *Holly A. Brady*
                                                              JUDGE HOLLY A. BRADY
                                                              UNITED STATES DISTRICT COURT